UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020

UNITED STATES,

- v -

JOELKIN ROSARIO,

    Defendant.

18 Cr. 697 (AT)

**ORDER**

Upon review of defendant's motion, it is hereby:

ORDERED that Joelkin Rosario, Inmate # 86169-054 who is currently housed at Metropolitan Detention Center in Brooklyn New York, be provided with his asthma medication, immediately; and it is

FURTHER ORDERED that the Bureau of Prisons inform the Court, by email to Torres_NYSDChambers@nysd.uscourts.gov, when the medication has been provided to Mr. Rosario.

SO ORDERED.

Dated: April 1, 2020
New York, New York

ANALISA TORRES
United States District Judge