| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>        -against-<br><br>JOELKIN ROSARIO,<br>  a/k/a "Calma,"<br><br>                      Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __4/8/2020__<br><br>18 Cr. 697-2 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

      Defendant Joelkin Rosario having filed a letter to the Court regarding a request for medical records and a pending administrative request for compassionate release, ECF No. 57, it is hereby ORDERED that the Government provide a status update and its position regarding Defendant's letter by **April 10, 2020**.

      SO ORDERED.

Dated: April 8, 2020
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge