UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

           -against-

JOELKIN ROSARIO,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2020

18 Cr. 697 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 27, 2020, Defendant, Joelkin Rosario, a prisoner serving his sentence at the Metropolitan Detention Center ("MDC"), submitted a request for compassionate release to the Federal Bureau of Prisons ("BOP"), citing his asthma and categorization as "high risk" of suffering serious complications from COVID-19. Def. Letter at 1, ECF No. 57. To date, Defendant has not received a decision. Now before the Court is Defendant's request for an order directing the Warden of the MDC to expedite his decision on the pending request. Def. Reply at 1, ECF No. 60.

      The Court is persuaded that, in light of the specific danger posed by COVID-19 to Defendant's health due to his asthmatic condition, a more certain timeline is needed. Accordingly, the Court directs the Government to file, by **April 20, 2020**, at **12:00 p.m.**, a sworn declaration from a responsible officer of the BOP setting forth a firm date by which the BOP will reach a determination on Defendant's pending compassionate release application.

      Defendant's request for a court-imposed deadline, however, is DENIED.

      SO ORDERED.

Dated: April 15, 2020
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge