```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/27/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOELKIN ROSARIO,

                      Defendant.

18 Cr. 697 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Defendant has informed the Court that since being transferred from the Metropolitan Correctional Center ("MCC") to the Metropolitan Detention Center ("MDC") on February 10, 2020, he has not yet received his property (his prescription sneakers, radio, and clothes), and that, in addition, he has been unable to wash his sheets for the past three weeks.  ECF No. 66.

      Accordingly, it is ORDERED that MDC provide Defendant:

    1.  His property from MCC (his prescription sneakers, radio, and clothes); and

    2.  A set of clean sheets or an opportunity to wash his sheets.

      SO ORDERED.

Dated: April 27, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge