```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __5/28/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JOELKIN ROSARIO,

        Defendant.

18 Cr. 697 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters, ECF Nos. 79–81, it is hereby ORDERED that Defendant's request for an order to show cause why the Bureau of Prisons should not be held in contempt, ECF No. 79, is DENIED.

    If Defendant does not receive his property after transfer to his designated facility, Defendant may file a status letter with the Court.

    The Clerk of Court is directed to terminate the motion at ECF No. 79.

    SO ORDERED.

Dated: May 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge